EDGAR HOWERTON v. THE STATE.

No. 8762.   Decided June 4, 1924.

Rehearing denied November 5, 1924.

Transporting Intoxicating Liquor.

No statement of facts, nor bills of exception appear in record, and cause is affirmed.

Appeal from the District Court of Travis County.   Tried below before the Hon. James R. Hamilton, Judge.

Appeal from a conviction for transporting intoxicating liquor; penalty, one year in the penitentiary.

No brief filed by appellant.

*Tom Garrard,* State's Attorney, and *Grover C. Morris,* Assistant State's Attorney, for the State.

LATTIMORE, JUDGE.—Appellant was convicted in the Criminal District Court of Travis County of transporting intoxicating liquor, and his punishment fixed at one year in the penitentiary.

The record is before us without statement of facts or bills of exception.   Appellant pleaded guilty and the jury gave him the lowest penalty.

No error appearing, an affirmance will be ordered.

*Affirmed.*